UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHERN OCEAN MARINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARL BERG d/b/a BERG SHIPYARD and his marital community, if any; SEA-PACK TRADING CORPORATION, a defunct Washington corporation; HERSCHEL A. COX, JR. and his marital community, if any; WESTMAN INDUSTRIAL COMPANY, INC., a defunct Washington corporation; ALLEN L. THOMAS and MINNIE E. THOMAS and their marital community, if any; CHARLES WALTERS and his marital community, if any; BOBBY BASS and his marital community, if any; and REDDEN MARINE SUPPLY, INC. d/b/a KACHEMAK GEAR SHED, a Washington corporation, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. 09-05058BHS <br><br><br> ENTRY OF DEFAULT AGAINST DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS |

THIS MATTER comes before the Court on plaintiff's Motion for Entry of Default and Default Judgment against Defendants Berg, Sea-Pack Trading and

ENTRY OF DEFAULT AGAINST
DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS - 1

HELSELL FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

Thomas. The Court has fully reviewed and considered the Motion together with the plaintiff's Verified Complaint filed on February 3, 2009 (Dkt No. 1), the Affidavit of Scott E. Collins with exhibits filed on March 5, 2009 (Dkt No. 4), the Declaration of Scott E. Collins with exhibits filed with the Motion, and the remainder of the Court's file and record in this matter.

Based on the foregoing review, the Court hereby finds and concludes that (a) plaintiff duly served summonses on defendants Carl Berg d/b/a Berg Shipyard, Sea-Pack Trading Corporation, and Allen L. Thomas and Minnie E. Thomas and their marital community by proper and appropriate publication in the *Seattle Daily Journal of Commerce*; (b) these defendants have failed to appear, answer or otherwise defend against plaintiff's complaint within sixty day of the date the summons was first published; and (c) plaintiff is entitled to entry of default and a default judgment against these defendants.

NOW, THEREFORE, based on the foregoing review, findings and conclusions, the Court hereby ORDERS that default shall be, and hereby is, entered against defendants Carl Berg d/b/a Berg Shipyard, Sea-Pack Trading Corporation, and Allen L. Thomas Minnie E. Thomas and their marital community.

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

DONE this 8TH day of June, 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

s/ *Scott E. Collins*
Scott E. Collins, WSBA #18399
HELSELL FETTERMAN LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA  98154
Tel:  (206) 292-1144
Fax:  (206) 340-0902
Email:  scollins@helsell.com

Attorneys for Plaintiff

ENTRY OF DEFAULT AGAINST
DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS - 3

HELSELL FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM