# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NORTHERN OCEAN MARINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARL BERG d/b/a BERG SHIPYARD and his marital community, if any; SEA-PACK TRADING CORPORATION, a defunct Washington corporation; HERSCHEL A. COX, JR. and his marital community, if any; WESTMAN INDUSTRIAL COMPANY, INC., a defunct Washington corporation; ALLEN L. THOMAS and MINNIE E. THOMAS and their marital community, if any; CHARLES WALTERS and his marital community, if any; BOBBY BASS and his marital community, if any; and REDDEN MARINE SUPPLY, INC. d/b/a KACHEMAK GEAR SHED, a Washington corporation, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. 09-05058BHS <br><br> DEFAULT JUDGMENT AGAINST DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS |

THIS MATTER comes before the Court on plaintiff's Motion for Entry of Default and Default Judgment against Defendants Berg, Sea-Pack Trading and

DEFAULT JUDGMENT AGAINST
DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS - 1

HELSELL FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

Thomas. The Court has fully reviewed and considered the Motion together with the plaintiff's Verified Complaint with exhibits filed on February 3, 2009 (Dkt No. 1), the Affidavit of Scott E. Collins with exhibits filed on March 5, 2009 (Dkt No. 4), the Declaration of Scott E. Collins with exhibits filed with the Motion, and the remainder of the Court's file and record in this matter. In response to the Motion, the Court has entered default against defendants Carl Berg d/b/a Berg Shipyard, Sea-Pack Trading Corporation, and Allen L. Thomas and Minnie E. Thomas and their marital community.

Based on the foregoing review, the Court hereby finds and concludes as follows:

A. On or about July 15, 1964, defendant Carl Berg d/b/a Berg Shipyard ("Berg") filed a Notice of Claim of Lien against the vessel CYPRESS, Official Number 224697, ("Vessel") that the United States Coast Guard recorded against the Vessel's title in Book M-3 at page 21. Berg has done nothing of record since 1964 to assert or enforce any claim of maritime lien against the Vessel. Mr. Berg has now been deceased for a number of years and Berg Shipyard ceased operating in or around 1973.

B. On or about June 10, 1987, defendant Sea-Pack Trading Corporation ("Sea-Pack") filed a Notice of Claim of Lien against the Vessel that the Coast Guard recorded against the Vessel's title record in Book PM-122 at page 145. Sea-Pack has done nothing of record since 1987 to assert or enforce any claim of

DEFAULT JUDGMENT AGAINST
DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS - 2

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

maritime lien against the Vessel. Sea-Pack ceased operating many years ago.

C. On or about April 26, 1989, defendants Allen L. Thomas and Minnie E. Thomas and their marital community filed a Notice of Claim of Lien against the Vessel that the Coast Guard recorded against the Vessel's title record in Book PM-158 at page 81. The Thomases have done nothing of record since 1989 to assert or enforce any claim of maritime lien against the Vessel. The Thomases are now deceased.

D. Any attempt at this point by or on behalf of Berg, Sea-Pack and the Thomases to commence any action against the Vessel to assert and/or enforce any claim of maritime lien against the Vessel would constitutes an unreasonable delay in commencing such action.

E. In 2007 plaintiff Northern Ocean Marine, Inc. acquired ownership of the Vessel. It has been unable to resolve the alleged claims of maritime lien of Berg, Sea-Pack and the Thomases recorded against the Vessel's title on an informal basis. For this and other reasons, plaintiff has been unfairly prejudiced by the persistence of these claims of lien against the Vessel's title record and this action has been necessary to clear the Vessel's title record of these claims.

F. Berg, Sea-Pack and the Thomases, together with any of their respective heirs and assigns, have forfeited any claims of maritime lien they may have or hold against the Vessel by operation of the doctrine of laches.

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

NOW, THEREFORE, based on the foregoing review, findings and conclusions, the Court hereby ORDERS, ADJUDGES and DECREES that:

1. Plaintiff's Motion for Entry of Default and Default Judgment against Defendants Berg, Sea-Pack Trading and Thomas is hereby GRANTED. Default judgment shall be, and hereby is, entered in favor of plaintiff Northern Ocean Marine, Inc. against defendants Carl Berg d/b/a Berg Shipyard, Sea-Pack Trading Corporation, and Allen L. Thomas and Minnie E. Thomas and their marital community, as more fully set forth herein.

2. Any claims of maritime lien that these defendants, or their heirs and assigns, may have or hold against the vessel Cypress, Official Number 224697, ("Vessel") are hereby declared and adjudged to be forfeited, expired or otherwise terminated by operation of the doctrine of laches.

3. The United States Coast Guard is hereby authorized and directed to show the expiration and termination of said claims of maritime lien on the Vesse's title record and thereby clear the Vessel's title record of such claims and any notice thereto.

DONE this 8TH day of June, 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge

DEFAULT JUDGMENT AGAINST
DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS - 4

HELSELL FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

Presented by:

s/ *Scott E. Collins*
Scott E. Collins, WSBA #18399
HELSELL FETTERMAN LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
Tel: (206) 292-1144
Fax: (206) 340-0902
Email: scollins@helsell.com

Attorneys for Plaintiff

DEFAULT JUDGMENT AGAINST
DEFENDANTS BERG, SEA-PACK TRADING AND THOMAS - 5

HELSELL FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM